Wendell Dwayne O'NEAL, Appellant,

v.

Shari MOORE, St. Paul City Clerk; Pete Crum, St. Paul Police Officer; Yileng Vang, St. Paul Police Officer; Nikkole Graupman, St. Paul Police Officer; John Choi, St. Paul City Attorney; City of St. Paul, jointly, severally, officially, as agents, and municipality, Appellees.

No. 08–3411.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 17, 2009.

Filed: Dec. 11, 2009.

Wendell Dwayne O'Neal, Thirteenth Dimension LLC, Huntsville, AL, for Appellant.

Portia Hampton-Flowers, Judith Ann Hanson, City of Saint Paul, St. Paul, MN, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

Eastern District of Missouri.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the

PER CURIAM.

Wendell O'Neal appeals the adverse judgment entered in this action alleging civil rights and other violations stemming from O'Neal's arrest and conviction for trespassing in August 2005, and his subsequent efforts to obtain records related to the incident. Following careful de novo review of the district court's[1] judgment and O'Neal's arguments on appeal, we conclude that O'Neal did not rebut defendants' evidence demonstrating they were entitled to summary judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B. O'Neal's pending motions are denied.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.